UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BONNIE GILBERT, WENDY BRYAN,
PATRICIA WHITE, DAVID GATZ,
CRYSTAL HULLET, LORI GRADER,
DARYL SWANSON, STEPHEN GABBARD,
AND ALICIA DUNN,

ON BEHALF OF THEMSELVES AND ALL
OTHERS SIMILARLY SITUATED,

    Plaintiffs,

v.                                    Case No. 6:21-CV-02158

BIOPLUS SPECIALTY PHARMACY
SERVICES, LLC,

    Defendants.
_____

## JOINT NOTICE OF SETTLEMENT

    The Parties, by and through undersigned counsel, pursuant to Local Rule 3.09(a), are pleased to inform the Court that they have reached a class-wide settlement in this case. The parties are in the process of preparing the settlement documents and related filings necessary for preliminary approval of the proposed class settlement. The parties anticipate seeking approval of the notice plan and preliminary approval of the proposed class settlement within 60 days. The parties respectfully request the Court administratively close this case for 60 days to enable finalization of all documents required for preliminary approval.

Dated: April 25, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Christopher A. Wiech (4/25/2023) | /s/ John A. Yanchunis (4/25/2023) |
| Christopher A. Wiech | John A. Yanchunis |
| cwiech@bakerlaw.com | Ryan D. Maxey |
| Chelsea M. Lamb | **MORGAN & MORGAN COMPLEX LITIGATION GROUP** |
| clamb@bakerlaw.com | |
| BAKER & HOSTETLER LLP | 201 N. Franklin Street, 7th Floor |
| 1170 Peachtree Street, Suite 2400 | Tampa, Florida 33602 |
| Atlanta, GA  30309-7676 | (813) 223-5505 |
| Telephone:     404.459.0050 | *jyanchunis@ForThePeople.com* |
| Facsimile:     404.459.5734 | *rmaxey@ForThePeople.com* |
| | |
| Julie Singer Brady | Terence R. Coates (*Pro Hac Vice*) |
| Florida Bar No. 389315 | Dylan J. Gould (*Pro Hac Vice* Forthcoming) |
| jsingerbrady@bakerlaw.com | |
| BAKER & HOSTETLER LLP | **MARKOVITS, STOCK & DEMARCO, LLC** |
| 200 South Orange Avenue, Suite 2300 | |
| Orlando, FL  32801 | 119 E. Court, Suite 530 |
| Telephone: 407.649.4000 | Cincinnati, OH 45202 |
| Facsimile: 407.841.0168 | Phone: (513) 651-3700 |
| | Fax: (513) 665-0219 |
| Counsel for Defendant | *tcoates@msdlegal.com* |
| | *dgould@msdlegal.com* |
| | |
| | *Counsel for Plaintiffs and the Class* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2023, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF filing system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/* John A. Yanchunis
John A. Yanchunis
