# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| BONNIE GILBERT, WENDY BRYAN, PATRICIA WHITE, DAVID GATZ, CRYSTAL HULLET, LORI GRADER, DARYL SWANSON, STEPHEN GABBARD, ALICIA DUNN, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BIOPLUS SPECIALTY PHARMACY SERVICES, LLC,<br><br>Defendant. | Case No. 6:21-cv-02158-RBD-DCI<br><br>JOINT MOTION TO EXTEND THE DEADLINE FOR FILING FOR PRELIMINARY APPROVAL |

Plaintiffs Bonnie Gilbert, Wendy Bryan, Patricia White, David Gatz, Crystal Hullet, Lori Grader, Daryl Swanson, Stephen Gabbard, and Alicia Dunn ("Plaintiffs") and Defendant BioPlus Specialty Pharmacy Services, LLC ("BioPlus") (collectively, the "Parties") jointly and respectfully petition the Court for a modest four-day extension for Plaintiffs to file their motion for preliminary approval of class action settlement, thereby moving such deadline from June 26, 2023, to June 30, 2023.

The Parties have been working diligently on the terms of the settlement agreement, including the proposed postcard notice, long form notice, and claim

1

form. During the requested extension, the Parties plan to finalize the notices with the proposed settlement administrator, and then finalize the motion for preliminary approval. Accordingly, the Parties respectfully ask the Court to approve their request to extend the preliminary approval deadline from June 26, 2023, to June 30, 2023.

## Local Rule 3.01(g) Certification

The parties have met and conferred via phone and email, jointly submit this Motion, and agree to all of the Motion.

Dated: June 23, 2023                              Respectfully submitted,

| | |
|---|---|
| */s/ Christopher A. Wiech* | */s/ Terence R. Coates* |
| Christopher A. Wiech (*Pro Hac Vice*) | John A. Yanchunis |
| cwiech@bakerlaw.com | Ryan D. Maxey |
| Chelsea M. Lamb (*Pro Hac Vice*) | **MORGAN & MORGAN COMPLEX LITIGATION GROUP** |
| clamb@bakerlaw.com | 201 N. Franklin Street, 7th Floor |
| **BAKER & HOSTETLER LLP** | Tampa, Florida 33602 |
| 1170 Peachtree Street, Suite 2400 | (813) 223-5505 |
| Atlanta, GA  30309-7676 | *jyanchunis@ForThePeople.com* |
| Telephone: 404.459.0050 | *rmaxey@ForThePeople.com* |
| Facsimile: 404.459.5734 | |
| | Terence R. Coates (*Pro Hac Vice*) |
| Julie Singer Brady | Dylan J. Gould (*Pro Hac Vice*) |
| Florida Bar No. 389315 | **MARKOVITS, STOCK & DEMARCO, LLC** |
| jsingerbrady@bakerlaw.com | 119 East Court Street, Suite 530 |
| **BAKER & HOSTETLER LLP** | Cincinnati, OH 45202 |
| 200 South Orange Avenue, Suite 2300 | Phone: (513) 651-3700 |
| Orlando, FL  32801 | *tcoates@msdlegal.com* |
| Telephone: 407.649.4000 | *dgould@msdlegal.com* |
| Facsimile: 407.841.0168 | |
| | Scott David Hirsch |
| *Counsel for Defendant* | **SCOTT HIRSCH LAW GROUP PLLC** |
| | Fla. Bar No. 50833 |

2

6810 N. State Road 7
Coconut Creek, FL 33073
Phone: (561) 569-7062
*scott@scotthirschlawgroup.com*

Nicholas A. Migliaccio (*Pro Hac Vice*)
Jason S. Rathod (*Pro Hac Vice*)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
*jrathod@classlawdc.com*

Joseph M. Lyon (*Pro Hac Vice*)
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
*jlyon@thelyonfirm.com*

Avi R. Kaufman
**KAUFMAN P.A.**
237 S. Dixie Hwy., 4th Flr.
Coral Gables, FL 33133
Phone: (305) 469-5881
*kaufman@kaufmanpa.com*

Lynn A. Toops (*Pro Hac Vice*
Forthcoming)
**COHEN & MALAD LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Phone: (317) 636-6481
*ltoops@cohenandmalad.com*

J. Gerard Stranch, IV
Peter J. Jannace (*Pro Hac Vice*)
**BRANSTETTER STRANCH &
JENNINGS PLLC**

3

223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Phone: (615) 354-8801
*gerards@bsjfirm.com*
*peter@bsjfirm.com*

Gary E. Mason (*Pro Hac Vice*
Forthcoming)
**MASON LLP**
5301 Wisconsin Avenue, NW. Suite 305
Washington, DC 20016
Phone: (202) 429-2290
E-mail: gmason@masonllp.com

M. Anderson Berry (*Pro Hac Vice*
Forthcoming)
Gregory Haroutunian (*Pro Hac Vice*
Forthcoming)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
*aberry@justice4you.com*
*gharoutunian@justice4you.com*

Katherine Earle Yanes
**KYNES, MARKMAN & FELMAN, P.A.**
P.O. Box 3396
Tampa, FL 33601
Phone: (813) 229-1118
*kyanes@kmf-law.com*

*Counsel for Plaintiffs and the Proposed Class*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2023, a copy of the foregoing was filed electronically with the Clerk of the United States District Court for the Middle District of Florida via the Court's CM/ECF system. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Terence R. Coates*
                                                Terence R. Coates