# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| BONNIE GILBERT, WENDY BRYAN, PATRICIA WHITE, DAVID GATZ, CRYSTAL HULLET, LORI GRADER, DARYL WANSON, STEPHEN GABBARD, and ALICIA DUNN, on behalf of themselves and all other similarly situated,<br><br>                     Plaintiffs,<br><br>vs.<br><br>BIOPLUS SPECIALTY PHARMACY SERVICES, LLC,<br><br>                     Defendant. | Case No. 6:21-cv-02158-RBD-DCI<br><br>**DECLARATION OF SCOTT M. FENWICK OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH PRELIMINARY APPROVAL OF SETTLEMENT** |

I, Scott M. Fenwick, hereby declare:

      1.    I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator to be appointed in the above-captioned case, whose principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with preliminary approval of the settlement.

2. Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities, labor and employment, consumer and government enforcement matters. Kroll has provided class action services in over 3,000 settlements varying in size and complexity over the past 50 years.

3. Kroll is prepared to provide a full complement of notification and claims administration services in connection with that certain Settlement Agreement and Release (the "Settlement Agreement") entered into in connection with the above-captioned matter, including notice of the settlement disseminated by mail, email and through the use of a Settlement Website to be created in connection with this matter.

4. It is Kroll's understanding that it will be provided with Class Member Information for each of the Settlement Class Members covered under the proposed Settlement Agreement, which will include names, email addresses where available, physical addresses and an identifier denoting if

the record is for a Non-SSN Class Member or a SSN Class Member, and other elements pertinent to the administration of the Settlement.

## Notice by Email

5. In preparation for disseminating notices by email, Kroll will work with Class Counsel and BioPlus's counsel (collectively, "Counsel") to finalize the language for the email form of the Short Form Notices that will be sent to Non-SSN Class Members and SSN Class Members (collectively "Notices"). Once the email forms of the Notices are approved, Kroll will create an email notice template in preparation for the email campaign. Kroll will prepare a file with available Settlement Class Member email addresses and upload the file to an email campaign platform. Kroll will prepare email proofs for Counsel's review and approval. The proofs/test emails for approval will include the body of the email and subject line. Once the proofs/test emails are approved, the email campaign will begin as directed in the Settlement.

6. Kroll will track and monitor emails that are rejected or "bounced back" as undeliverable. At the conclusion of the email campaign, Kroll will provide a report with the email delivery status of each record. The report will include the number of records that had a successful Notice delivery, and a count of the records where delivery failed. Kroll will also update its

administration database with the appropriate status of the email campaign for each of the Settlement Class Member records.

### Notices by Mail

7. Kroll will work with Counsel to format the Notices for mailing. Upon approval, Kroll will coordinate the preparation of the Notice proofs for Counsel to review and approve.

8. As required under Section 10(d) of the Settlement Agreement, Kroll will send the Notices by first-class mail to the physical addresses of Settlement Class Members, who have a mailing address in the Class Member Information to be provided.

9. In preparation for mailing the Notices, Kroll will send the Class Member Information through the United States Postal Service's ("USPS") National Change of Address ("NCOA") database. The NCOA process will provide updated addresses for Settlement Class Members who have submitted a change of address with the USPS in the last 48 months, and the process will also standardize the addresses for mailing. Kroll will then prepare a mail file of Settlement Class Members that are to receive the Notices via first-class mail.

10. As required under Section 10(e) of the Settlement Agreement, mailed Notices returned by the USPS with a forwarding address will be automatically re-mailed to the updated address provided by the USPS.

11. As required under Section 10(f) of the Settlement Agreement, mailed Notices returned by the USPS undeliverable as addressed without a forwarding address will be sent through an advanced address search process in an effort to find a more current address for the record. If an updated address is obtained through the advanced search process, Kroll will re-mail the Notices to the updated address.

## Settlement Website

12. Kroll will work with Counsel to create a dedicated Settlement Website. The Settlement Website URL will be determined and approved by Counsel. The Settlement Website will contain a summary of the Settlement, will allow Settlement Class Members to contact the Settlement Administrator with any questions or changes of address, provide notice of important dates such as the Final Fairness Hearing, Claims Deadline, Objection Date, and Opt-Out Date, and provide Settlement Class Members who file Claim Forms online the opportunity to select an electronic payment method, including Venmo, Zelle, Paypal, ACH, or payment by check. The Settlement Website will also contain relevant case documents including the

Settlement Agreement, Claim Form, the Short Form Notices, the Long Form Notice, the Preliminary Approval Order, and any other materials agreed upon by Counsel and/or required by the Court.

### Toll-Free Number

13. Kroll will also establish a toll-free number for the Settlement. The toll-free number will allow Settlement Class Members to call and obtain information about the Settlement through an Interactive Voice Response System, as well as a voice mail box, allowing Kroll to return messages.

### Post Office Box

14. Kroll will designate a post office box with the mailing address captioned *Gilbert et al. v. BioPlus Specialty Pharmacy Services* c/o Kroll Settlement Administration, PO Box <<####>>, New York, NY <<Zip-Zip4>> in order to receive requests for exclusion, Claim Forms, and correspondence from Settlement Class Members.

### Reminder Notices

15. As required under Section 10(j) of the Settlement Agreement, 60 days after the Notice Date, Kroll will send Reminder Notices via email to Settlement Class Members who have not yet submitted a Claim Form and have not opted out of the Settlement, and for whom Kroll also has a valid email address included in the Class Member Information or otherwise

provided directly to Kroll by a Settlement Class Member. The Reminder Notices will be sent using the same form of the Notices as the original email campaign.

## Notice and Settlement Administration Cost

16. Based on Kroll's current understanding of the class size and requested administration services, estimated fees and expenses for Notice and Settlement Administration Cost are approximately $350,000 for fees and costs for direct notice and claims administration under the Settlement. The current estimate is subject to change depending on factors such as the actual Settlement class size and/or any Settlement Administration scope change not currently under consideration.

I declare under penalty of perjury under the laws of the United Sates that the above is true and correct to the best of my knowledge and that this declaration was executed on June 30, 2023, in Woodbury, Minnesota.

*Scott M. Fenwick*
Scott M. Fenwick