# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| BONNIE GILBERT, WENDY BRYAN, PATRICIA WHITE, DAVID GATZ, CRYSTAL HULLET, LORI GRADER, DARYL SWANSON, STEPHEN GABBARD, ALICIA DUNN, and on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BIOPLUS SPECIALTY PHARMACY SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 6:21-cv-02158-RBD-DCI |

## PLAINTIFFS' NOTICE OF WITHRAWAL OF MOTION

Plaintiffs hereby provide notice that they withdraw their Unopposed Motion for Preliminary Approval of Class Action Settlement filed on July 1, 2023 (Doc. 68). Plaintiffs intend to file an updated Unopposed Motion for Preliminary Approval of Class Action Settlement hereafter.

　　　　　　　　　　　　　　　　　　*/s/ Terence R. Coates*
　　　　　　　　　　　　　　　　　　Terence R. Coates (pro hac vice)
　　　　　　　　　　　　　　　　　　Dylan J. Gould (pro hac vice)
　　　　　　　　　　　　　　　　　　**MARKOVITS, STOCK**
　　　　　　　　　　　　　　　　　**& DEMARCO, LLC**
　　　　　　　　　　　　　　　　　119 East Court Street, Suite 530
　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202
　　　　　　　　　　　　　　　　　Tel.: (513) 651-3700
　　　　　　　　　　　　　　　　　tcoates@msdlegal.com
　　　　　　　　　　　　　　　　　dgould@msdlegal.com

　　　　　　　　　　　　　　　　　John A. Yanchunis

1

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: (813) 223-5505
jyanchunis@ForThePeople.com

M. Anderson Berry
Gregory Haroutunian
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL**
**CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
aberry@justice4you.com
gharoutunian@justice4you.com

Nicholas A. Migliaccio
**MIGLIACCIO & RATHOD LLP**
412 H Street, N.E.
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com

Joseph M. Lyon
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, Ohio 45208
Tel.: (513) 381-2333
jlyon@thelyonfirm.com

Gary E. Mason
**MASON LLP**
5301 Wisconsin Avenue, NW. Suite 305
Washington, DC 20016
Phone: (202) 429-2290
gmason@masonllp.com

## **Certificate of Service**

I hereby certify that on September 29, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                               */s/ Terence R. Coates*
                                               Terence R. Coates