**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BONNIE GILBERT; DAVID GATZ; WENDY BRYAN; LORI GRADER; DARYL SWANSON; PATRICIA WHITE; ALICIA DUNN; CRYSTAL HULLETT and STEPHEN GABBARD,

    Plaintiffs,

v.                                  Case No. 6:21-cv-2158-RBD-DCI

BIOPLUS SPECIALTY PHARMACY SERVICES, LLC,

    Defendant.

| UNITED STATES MAGISTRATE JUDGE: | Daniel C. Irick | COURTROOM: | ZOOM |
|---|---|---|---|
| DEPUTY CLERK: | Tiffany Palmer | COUNSEL FOR PLAINTIFF: | Terence Coates<br>Ryan Maxey |
| AUDIO RECORDING: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | COUNSEL FOR DEFENDANT: | Christopher Wiech<br>Chelsea M. Lamb |
| DATE/TIME:<br><br>TOTAL TIME: | November 29, 2023<br>11:01 A.M. – 11:19 A.M.<br>11:20 A.M. – 11:21 A.M.<br><br>20 minutes | | |

**CLERK'S MINUTES**
**Motion Hearing (Doc. 71)**

Case called; appearances taken; procedural setting by the Court.
Renewed Unopposed Motion for Settlement Preliminary Approval of Class Action Settlement (doc. 71) addressed.
Recess (11:19 A.M. – 11:20 A.M.)
Court adjourned.