UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BONNIE GILBERT, WENDY BRYAN, PATRICIA WHITE, DAVID GATZ, CRYSTAL HULLET, LORI GRADER, DARYL SWANSON, STEPHEN GABBARD, ALICIA DUNN, and on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>BIOPLUS SPECIALTY PHARMACY SERVICES, LLC,<br><br>          Defendant. | Case No. 6:21-cv-02158-RBD-DCI |

**PLAINTIFFS' NOTICE OF REVISED SETTLEMENT NOTICES**

On February 1, 2024, the Court entered a Report & Recommendation ("R&R") instructing Plaintiffs to revise the long form and short form settlement notices that were attached to the Settlement Agreement as Exhibits B-1, B-2, and C. *See* ECF 82-1 at PageID 928-44. The parties did not object to the R&R, and on February 21, 2024, the Court directed Plaintiffs "to file amended Short and Long Form Notices that comply with Judge Irick's well-reasoned guidance." ECF 84.

The Settlement Administrator and counsel for both parties worked together to revise these notices in accordance with the Court's orders. A revised long form notice is attached hereto as **Exhibit 1** and revised short form notices are attached hereto as **Exhibits 2-3**.

1

*/s/ Terence R. Coates*
Terence R. Coates (pro hac vice)
Dylan J. Gould (pro hac vice)
**MARKOVITS, STOCK
& DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Tel.: (513) 651-3700
tcoates@msdlegal.com
dgould@msdlegal.com

John A. Yanchunis
**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: (813) 223-5505
jyanchunis@ForThePeople.com

M. Anderson Berry
Gregory Haroutunian
**CLAYEO C. ARNOLD,
A PROFESSIONAL
CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
aberry@justice4you.com
gharoutunian@justice4you.com

Nicholas A. Migliaccio
**MIGLIACCIO & RATHOD LLP**
412 H Street, N.E.
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com

Joseph M. Lyon
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, Ohio 45208
Tel.: (513) 381-2333
jlyon@thelyonfirm.com

## Certificate of Service

I hereby certify that on February 28, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Terence R. Coates*
Terence R. Coates