# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BONNIE GILBERT et al.,

      Plaintiffs,

v.                                              Case No: 6:21-cv-2158-RBD-DCI

BIOPLUS SPECIALTY PHARMACY
SERVICES, LLC,

      Defendant.
_____

## ORDER

This cause is before the undersigned on referral of Plaintiffs' Motion for Attorney Fees and Reimbursement of Class Counsel's Expenses. Doc. 90 (the Motion).

Defendant did not file a response in opposition within the time provided—accordingly, the Court deems the Motion unopposed. *See* Local Rule 3.01(c). However, the Court requires the detailed billing records in the case to issue a report and recommendation on the Motion given the arguments therein concerning the negative lodestar multiplier. *See* Doc. 90-1 at 3 ("Should the Court require, Plaintiffs' counsel will provide their time records and itemized expenses.").

Accordingly, **on or before July 15, 2024**, Plaintiffs must file their billing records.

**ORDERED** in Orlando, Florida on July 8, 2024.

*[signature]*

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE