UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BONNIE GILBERT; DAVID GATZ;
WENDY BRYAN; LORI GRADER;
DARYL SWANSON; PATRICIA
WHITE; ALICIA DUNN; CRYSTAL
HULLETT; and STEPHEN
GABBARD,

     Plaintiffs,

v.     Case No. 6:21-cv-2158-RBD-DCI

BIOPLUS SPECIALTY PHARMACY
SERVICES, LLC,

     Defendant.
_____

**ORDER**

Before the Court is the parties' Joint Motion to Amend Claim Administration Program and Set New Schedule. (Doc. 108 ("Motion").) The settlement administrator, Kroll Settlement Administration, LLC ("Kroll"), recently discovered that it failed to notify 594 Settlement Class Members ("Remaining Members") of the preliminarily approved settlement. (*Id.* at 1.) So the parties moved for additional time to provide adequate notice to the Remaining Members and to delay the final approval hearing. (*Id.* at 4.)

Accordingly, it is **ORDERED AND ADJUDGED**:

    1.    The Motion (Doc. 108) is **GRANTED**.

2. The final approval hearing set for August 22, 2024, is **CANCELED**. A new final approval hearing will be set by separate notice.

3. The following new deadlines are **SET**:

    a. By **Wednesday, August 21, 2024**, Kroll is **DIRECTED** to send notice to the Remaining Members.

    b. The Remaining Members must submit claims, opt out, or object to the settlement no later than **Monday, September 30, 2024**.

    c. Plaintiffs' motion for final approval of the settlement are due by **Wednesday, October 22, 2024**.

4. By **Monday, August 19, 2024**, the parties are **DIRECTED** to file notices stating their positions on whether and how Judge Irick's R&R (Doc. 107) is impacted by this Order.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 12, 2024.



ROY B. DALTON, JR.
United States District Judge